AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

JESUS BARRIOS-MIRANDA

CRIMINAL COMPLAINT

CASE NUMBER: 8:14-MJ-
8:14MJ1860 TBM

I, Nidia Almonte, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 3, 2014, in Polk County, Middle District of Florida, defendant JESUS BARRIOS-MIRANDA, a citizen and national of Mexico, was

> found to be a felon alien in the United States without permission after deportation,

in violation of Title 8, United States Code, Section 1326(a) and (b)(1). I further state that I am a Deportation Officer with Immigration and Customs Enforcement and Removal Operations and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
NIDIA ALMONTE

Sworn to before me and subscribed in my presence,

December 16, 2014 at Tampa, Florida

THOMAS B. McCOUN, III
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Nidia Almonte, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States (U.S.) Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since June, 1987.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of others and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Jesus Barrios-Miranda, a citizen and national of Mexico, with being a felon alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and(b)(1).

## FACTS AND CIRCUMSTANCES

4. On December 3, 2014, Jesus Barrios-Miranda was found in the Polk County Jail, Middle District of Florida, by ICE-ERO Officers. He readily admitted his identity and illegal presence in the United States.

5. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Jesus Barrios-Miranda. Upon review of these documents, I determined that Barrios-Miranda is a native and citizen of Mexico who is illegally in the United States. I also found that he was removed from the United States to Mexico on May 19, 2009.

6. Fingerprints taken of Barrios-Miranda were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

7. Computer record checks also indicate that Barrios-Miranda was convicted of Possession of Methamphetamine, Case Number CF06-8962, on July 3, 2007, in the Circuit Court, 10th Judicial Circuit, Polk County, Florida. A National Crime Information Check(NCIC) on Barrios-Miranda corroborated the information in CIS.

8. No information exists, either in the A-file documents or the computer databases, that Barrios-Miranda had either requested or received permission from any immigration official to re-enter the United States after his deportation.

**CONCLUSION**

9. Based on the foregoing facts, I believe there is probable cause to establish that Jesus Barrios-Miranda, a citizen and national of Mexico, is a felon alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and(b)(1).

Further affiant sayeth naught.

NIDIA ALMONTE
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 16th day of December, 2014, in Tampa, Florida.

THOMAS B. McCOUN, III
United States Magistrate Judge